IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO.  1:14-cv-00308

| | | |
|---|---|---|
| TD BANK, N.A., | ) | |
|           Plaintiff | ) | |
| | ) | |
| v. | ) | DEFAULT JUDGMENT |
| | ) | |
| WASH MASTERS INCORPORATED, | ) | |
| PHILLIP D. DELP, GREGORY B. FISHER, | ) | |
| G.B. FISHER ENTERPRISES, INC., | ) | |
| NORTH STATE ENVIRONMENTAL & | ) | |
| HEALTH INC., NORTH STATE | ) | |
| PROPERTY HOLDING, LLC, | ) | |
| | ) | |
|           Defendants. | ) | |

Defendants, Wash Masters Incorporated, Phillip D. Delp, Gregory B. Fisher, G.B. Fisher Enterprises, Inc., North State Environmental & Health Inc., and North State Property Holding, LLC, having failed to plead or otherwise defend in this action and said Defendants' default having been entered;

NOW, upon application to Plaintiff and upon Affidavit, Defendants are indebted to Plaintiff in the following amounts:

1.      That the amount due Plaintiff from Defendants, Wash Masters Incorporated, Phillip D. Delp, Gregory B. Fisher, G.B. Fisher Enterprises, Inc., North State Environmental & Health Inc., North State Property Holding, LLC, jointly and severally, on its Claim for Relief, is the sum of Four Hundred Fifty-Six Thousand Three Hundred Thirty-One and 26/100 Dollars ($456,331.26), plus interest at the rate of One Hundred Twenty and 08/100 Dollars ($120.08) per day from and after October 16, 2014, until date of entry of judgment and

thereafter at the legal rate until paid in full together with attorneys' fees in the amount of 15% of the outstanding indebtedness at the time of the institution of this action;

2.  That Defendants, Wash Masters Incorporated, Phillip D. Delp, Gregory B. Fisher, G.B. Fisher Enterprises, Inc., North State Environmental & Health Inc., North State Property Holding, LLC, have defaulted for failure to plead and that Defendants are not infants or incompetent persons, and are not in the military service of the United States.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff recover as follows:

1.  That Plaintiff have and recover of Defendants, Wash Masters Incorporated, Phillip D. Delp, Gregory B. Fisher, G.B. Fisher Enterprises, Inc., North State Environmental & Health Inc., and North State Property Holding, LLC, jointly and severally, on its Claim for Relief, the sum of Four Hundred Fifty-Six Thousand Three Hundred Thirty-One and 26/100 Dollars ($456,331.26), plus interest at the rate of One Hundred Twenty and 08/100 Dollars ($120.08) per day from and after October 16, 2014 until date of entry of judgment and thereafter at the legal rate until paid in full, plus reasonable attorneys' fees in the amount of Sixty-Nine Thousand Four Hundred Four and 33/100 Dollars ($69,404.33), which is Fifteen Percent (15%) of the outstanding indebtedness due and owing at the time suit was instituted on December 8, 2014 (being the amount of $462,695.50); and

2.  That Plaintiff have and recover of Defendants the costs of this action.

Frank G. Johns, Clerk
United States District Court

2